CLERK U.S. DISTRICT COURT
DEC 27 2008
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARQUIS D. BOGAN, <br>     Petitioner, <br> v. <br> W.J. SULLIVAN, Warden, <br>     Respondent. | No. CV 07-6167-PA (PLA) <br><br> **JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12/27/08

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE